UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 12, 2024
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

YAIR ABELARDO ZUNIGA,

    Defendant.

Case No. 2:24-mj-00135-AC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release YAIR ABELARDO ZUNIGA, Case No. 2:24-mj-00135-AC, Charge 21 USC § 846, 841(a)(1), from custody for the following reasons:

    ____ Release on Personal Recognizance

    ____ Bail Posted in the Sum of $ _____

    **X** Unsecured Appearance Bond $ 15,000.00

    ____ Appearance Bond with 10% Deposit

    ____ Appearance Bond with Surety

    ____ Corporate Surety Bail Bond

    ____ (Other):

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on November 12, 2024, at 3:30 PM.

By: _____
Magistrate Judge Allison Claire