DAVID D. FISCHER, CA SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd Ste 311
Rocklin, CA 95765
Phone: (916) 447-8600
Fax: (916) 930-6482
E-mail: david.fischer@fischerlawoffice.com

Attorney for Defendant
YAIR ZUNIGA, II

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-0319-WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF APPEARANCE ON SUPERVISED RELEASE VIOLATION TO SEPTEMBER 16, 2025. |
| v. | [~~PROPOSED~~] ORDER |
| YAIR ZUNIGA, II., | |
| Defendants. | |

STIPULATION

This matter is currently scheduled for August 28, 2025 at 2 p.m. for defendant YAIR ZUNIGA II to make an initial appearance on a pretrial release violation petition. The parties have agreed to request a continuance of this appearance to September 16, 2025. The reason is because defense counsel is ill, and he will be out of the district between September 1 and September 13, 2025. September 16, 2025 is an agreeable date between the parties and Mr. Zuniga's pretrial services officer.

IT IS SO STIPULATED.

Dated: August 26, 2025

ERIC GRANT
United States Attorney

/s/ Matthew De Moura
MATTHEW DE MOURA
Special Assistant United States Attorney

STIPULATION                                                     1

| | |
|---|---|
| Dated: August 26, 2025 | /s/ David D. Fischer<br>DAVID D. FISCHER<br>Counsel for Defendant<br>YAIR ZUNIGA, II |

STIPULATION

2

**[PROPOSED] FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 27th day of August, 2025.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE